IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **DANIEL ROBERT ODDO** | § | **PLAINTIFF** |
| | § | |
| v. | § | Cause No. 1:09CV323-LG-RHW |
| | § | |
| **COMMISSIONER OF SOCIAL** | § | |
| **SECURITY, MICHAEL J. ASTRUE** | § | **DEFENDANT** |

## JUDGMENT

This matter having come on to be heard on Daniel Robert Oddo's Dispositive Motion, the Court, after a full review and consideration of the Motion, pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that Daniel Robert Oddo's Dispositive Motion is **DENIED**. The final decision of the Commissioner of Social Security denying Oddo's claim for Social Security disability benefits is **AFFIRMED**. The Plaintiff's case is **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 4th day of October, 2010.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE